**Gerald G. SIMMONDS, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 01–7106.

United States Court of Appeals, Federal Circuit.

April 24, 2002.

*ORDER*

Upon consideration of Gerald G. Simmonds' unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.